UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:13-cr-324-T-30TGW

NORMA CABEZAS-HERNANDEZ

**FORFEITURE MONEY JUDGMENT**

Before the Court is the United States' motion for a forfeiture money judgment (Doc. 196) against defendant Norma Cabezas-Hernandez, pursuant to 18 U.S.C. § 982(a)(2)(B) and Rule 32.2, Federal Rules of Criminal Procedure, in the amount of $655,568.61, which represents the amount of proceeds she obtained as a result of the conspiracy to commit access device fraud, in violation of 18 U.S.C. § 1029(b)(2), as charged in Count One of the Second Superseding Indictment.

Being fully advised in the premises, the Court hereby finds that the United States has established that the amount of proceeds generated by the conspiracy to commit access device fraud, for which the defendant has been convicted in Count One, was $655,568.61. Accordingly, it is hereby

**ORDERED** that for good cause shown, the motion (Doc. 196) of the United States is GRANTED.

It is FURTHER **ORDERED** that pursuant to the provisions of 18 U.S.C. § 982(a)(2)(B) and Rule 32.2(b)(2), Federal Rules of Criminal Procedure, defendant

Norma Cabezas-Hernandez is jointly and severally liable with her co-conspirators, Danay Crespo-Rodriguez, and others convicted of the same offense for a forfeiture money judgment in the amount of $655,568.61.

In accordance with the defendant's Plea Agreement (Doc. 145 at 11) and Rule 32.2(b)(4), Federal Rules of Criminal Procedure, this order of forfeiture will be final as to the defendant at the time it is entered.

The Court retains jurisdiction to enter any further order necessary for the forfeiture and disposition of any property belonging to the defendant, which the United States is entitled to seek as substitute assets under 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1), up to and including the amount of the $655,568.61 forfeiture money judgment, and to address any third party claim that may be asserted in these proceedings.

**DONE AND ORDERED** in Tampa, Florida, on March 5th, 2014.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies to:
All Counsel/Parties of Record

S:\Even\2013\13-cr-324 forfeit mj 196.docx